In re: Application of Pamela S. GAUVIN for admission *pro hac vice* in the matter of *Cynthia Herren v. Verizon (formerly Bell Atlantic) and Maryanne G. Ryan*, C.A. No. NC98–532.

No. 01–323–A.

Supreme Court of Rhode Island.

Sept. 5, 2001.

Nancy C. Stanton, Fall River, MA.

**ORDER**

The plaintiff in this pending Superior Court case petitions for admission of Massachusetts attorney Pamela S. Gauvin to represent her in further proceedings before the Superior Court in this matter. The petition has been submitted to this Court on plaintiff's behalf by a member of the Rhode Island Bar who practices in a Fall River, Massachusetts law firm. Since Article II, Rule 9 of this Court's rules places a number of responsibilities on the sponsoring Rhode Island attorney in cases involving *pro hac vice* counsel, we are of the opinion that the sponsoring Rhode Island attorney must be one who practices law out of a Rhode Island office.

Accordingly, upon consideration by a majority of the justices of this Court, the petition for admission *pro hac vice* is granted, provided, however, that Attorney Gauvin retain, within ten (10) days from the date of this order, a sponsoring mem-

ber of the Rhode Island Bar who practices law in an office located in this state.